FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2024

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FIRST INTERSTATE BANK,<br><br>              Plaintiff,<br><br>  v.<br><br>WALL STREET APARTMENTS, LLC, a Washington limited liability company,<br><br>              Defendant. | NO: 2:24-CV-0144-TOR<br><br>THIRD ORDER REMANDING CASE TO STATE COURT |

BEFORE THE COURT is Defendant's Motion to Expedite and Motion to Remand. ECF Nos. 5 and 6. These matters were submitted for consideration without oral argument. The Court has reviewed the briefing and the record and files herein and is fully informed. No further delay is warranted. This is the third time this case has been improperly removed to federal court.

//

THIRD ORDER REMANDING CASE TO STATE COURT ~ 1

This case involves a state court receivership of an apartment building. Neil E. Humphries asserts that he is the attorney for the Defendant Wall Street Apartments, LLC. ECF No. 1. However, in State Court, a general receiver was appointed for Wall Street Apartments, LLC., Barry W. Davidson. Mr. Davidson and Wall Street Apartments, LLC are represented by Aaron D. Goforth of Randall Danskin, PS.

Mr. Humphries contends this action is removable under 28 U.S.C. §§ 1442(a)(1), 1443, and 1332.

The removal statutes require removal within 30 days of receipt of the case's initial pleading. *See* 28 U.S.C. § 1446(b)(1). Here, Mr. Humphries once again has not timely removed this action to Federal Court. This case started in state court over twelve months ago. The first notice of removal was rejected as untimely when it was filed on December 26, 2023. *See* USDC case number 2:23-CV-0376-TOR. The second notice of removal was filed on April 5, 2024, well beyond the 30-day time limit. *See* USDC case number 2:24-CV-0115-TOR. Appeals were filed in each of those cases. This third notice of removal was filed on May 2, 2024, well beyond the 30-day time limit. Additionally, Wall Street Apartments is not a federal officer or agency and 28 U.S.C. § 1442 does not apply.

//

//

THIRD ORDER REMANDING CASE TO STATE COURT ~ 2

**An order remanding the case may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal. 28 U.S.C. § 1447(c).**

This untimely and unjustified third removal of this action to Federal Court must be reversed and remanded back to state court.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Defendant's Motion to Expedite and Motion to Remand, ECF Nos. 5 and 6, are **GRANTED**. The Court hereby **REMANDS** this case to the Spokane County Superior Court, State of Washington, former Case No. 23-2-01717-32, for all further proceedings.

The District Court Clerk is directed to enter this Order, provide copies to counsel and Alaa Elkharwily, <u>mail a certified copy of this Order</u> to the Clerk of the Spokane County Superior Court, and **CLOSE** this file.

**DATED** May 7, 2024.



THOMAS O. RICE
United States District Judge